**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JEANETTA SMITH, A/K/A JEANETTE SMITH** | **PLAINTIFF** |
| **v.** | **CIVIL ACTION NO. 1:15-CV-9-KS-RHW** |
| **UNION NATIONAL LIFE INSURANCE COMPANY, et al.** | **DEFENDANTS** |
| **UNION NATIONAL LIFE INSURANCE COMPANY** | **COUNTERCLAIMANT/ THIRD-PARTY PLAINTIFF** |
| **v.** | |
| **SANDRA CARTER, et al.** | **THIRD-PARTY DEFENDANTS** |

## ORDER

On January 3, 2017, Defendants Kemper Corporation, Kemper Corporate Services, Inc., and United Insurance Company of America ("Movants") filed their Motion to Dismiss [161]. Plaintiff ("Respondent") has until on or before **January 17, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wishes to file a rebuttal, they may do so on or before **January 24, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondent requires an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED this the   4th   day of January, 2017.

                                                                                                   s/ Keith Starrett
                                                                                                  KEITH STARRETT
                                                                                                  UNITED STATES DISTRICT JUDGE