# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JEANETTA SMITH, A/K/A JEANETTE SMITH**                                                                 **PLAINTIFF**

**v.**                                                            **CIVIL ACTION NO. 1-15-CV-9-KS-RHW**

**UNION NATIONAL LIFE INSURANCE COMPANY, ET AL.**                                                        **DEFENDANTS**

## ORDER

On January 16, 2017, Plaintiff Jeanetta Smith ("Movant") filed Motion for Leave to File Amended Complaint [169]. Defendants ("Respondents") have until on or before **January 30, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, she may do so on or before **February 6, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the ___18th___ day of January, 2017.

                                                                             ___s/Keith Starrett_____
                                                                             KEITH STARRETT
                                                                             UNITED STATES DISTRICT JUDGE