**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | |
|---|---|
| **JEANETTA SMITH, a/k/a JEANETTE SMITH** | **PLAINTIFF** |
| v. | **CIVIL ACTION NO. 1-15-CV-9-KS-RHW** |
| **UNION NATIONAL LIFE INSURANCE COMPANY, et al.** | **DEFENDANTS** |
| **AND** | |
| **UNION NATIONAL LIFE INSURANCE CO.** | **COUNTERCLAIMANT/ THIRD-PARTY PLAINTIFF** |
| v. | |
| **SANDRA CARTER, et al.** | **COUNTER-DEFENDANT/ THIRD-PARTY DEFENDANTS** |

**ORDER**

On February 21, 2018, Defendant Union National ("Movant") filed several Motions in Limine [422] [424] [426] [428] [430] [432] [434]. Plaintiff Jeanetta Smith ("Respondent") has until on or before **March 1, 2018**, to respond to this motion. If Movant wishes to file a rebuttal, it may do so on or before **March 8, 2018**.

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the 22nd day of February, 2018.

*/s/ Keith Starrett*
KEITH STARRETT
UNITED STATES DISTRICT JUDGE